IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| IN RE: | CASE NO. 14-33885 |
| LAURA ELIZABETH SIMPSON | Chapter 7 |
| Debtor. | Judge Alan C. Stout |

MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT
4510 WESTPORT WOODS, LOUISVILLE, KY 40245

Now comes US Bank National Association, claim #2 filed as US Bank National Association ("Movant"), and, through counsel, moves pursuant to 11 U.S.C. Section 362 for an Order granting the motion for relief from the automatic stay and abandonment with respect to certain property owned by the Debtor in which Movant has a security interest, and for an abandonment of the property under § 554 the Bankruptcy Code.  In support of this Motion, Movant states as follows:

1. The Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code in this Court on October 21, 2014.  The Trustee of the Estate of the Debtor in this case is Gordon A. Rowe, Jr., Chapter 7 Trustee.

2. As of the date of the filing of the petition the Debtor was indebted to the Movant in the amount of $82,457.26, representing the balance due on a note and security agreement.

3. The indebtedness evidenced by the note and security agreement is secured by a security interest in the following real property at 4510 Westport Woods, Louisville, KY 40245.

4. Since the filing of the petition, the Debtor has not made payments to Movant in accordance with the Note secured by the Mortgage. The Debtor has not made any payments due for the months of July 1, 2014 through November 3, 2014.

Movant seeks relief from stay and abandonment on the following grounds: the interest of Movant is not adequately protected; or the debtor has no equity in the property.

Respectfully submitted,

/s/ David C. Nalley
David C Nalley (85637)
Reisenfeld & Associates, LPA LLC
Attorney for Movant
3962 Red Bank Road
Cincinnati, OH 45227
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail: kybk@rslegal.com

## NOTICE

Please take notice that parties in interest shall have 14 days from the date of this motion within which to file a response to the motion and a request and notice of hearing on such response. If no response is timely filed, the enclosed Order may be entered by the Court without a hearing on the motion.

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that all known lien holders have been served a copy of the foregoing has been served this 22nd day of December, 2014, by regular U.S. Mail, postage prepaid, or by electronic filing upon the following:

  Laura Elizabeth Simpson, Debtor
  4510 Westport Woods Lane, Unit 203
  Louisville, KY 40245

  Nick C. Thompson, Debtor's Counsel
  800 Stone Creek Parkway, Suite 6
  Louisville, KY 40223

  Gordon A. Rowe, Jr., Bankruptcy Trustee
  455 S. 4th Street
  Suite 1430
  Louisville, KY  40202

  Asst. U.S.Trustee
  601 West Broadway #512
  Louisville, KY  40202

           /s/ David C. Nalley
           David C Nalley